OPINION — AG — ** MUNICIPALITIES — TOWNS — CONTRACT ** THAT INCORPORATED MUNICIPALITIES HAVE A GENERAL POWER TO CONTRACT BUT A DETERMINATION OF WHETHER THE POWER HAS BEEN VALIDLY EXERCISE IS A QUESTION OF FACT AND CANNOT BE ANSWERED AS A QUESTION OF FACT. (PRIVATE CORPORATION, PUBLIC PROPERTY, LONG TERM, AUTHORITY, JURISDICTION, ADMINISTRATIVE POWERS) CITE: 11 O.S. 22-101 [11-22-101] (SUSAN TALBOT)